COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-361-CV

NATIONAL DANCE INSTITUTE APPELLANT

V.

L'AIR INTERNATIONAL, L.L.C. APPELLEES

----------

FROM THE 48
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: CAYCE, C.J.; LIVINGSTON, and DAUPHINOT, JJ.

         DELIVERED: February 12, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.